The same question was presented to the court in

INHABITANTS OF BROOKSVILLE *vs.* INHABITANTS OF BUCKSPORT.

Hancock. Opinion March 30, 1882.

Assumpsit for pauper supplies furnished one John F. Webber.

*C. J. Abbott*, for the plaintiff.

*O. P. Cunningham*, for the defendant.

PETERS, J. The brief of the defendants' counsel admits that judgment must go for the plaintiffs, unless the doctrine be established, that an emancipated minor can gain a settlement for himself by residence in a town for five consecutive years. The statute expressly prevents such a thing. "A person *of age*, having his home in a town five successive years . . . has a settlement therein." R. S., c. 24, § 1, mode 6. This does not permit a person of non-age to do so. And it was so judicially declared in *Veazie* v. *Machias*, 49, Maine, 105.

It has frequently been said, speaking generally, that a minor who has been emancipated may acquire a legal settlement in his own right, and the statement without qualification is misleading. He may acquire a settlement in his own right under certain modes and conditions, but not in all the modes prescribed by statute for acquiring settlements, and not by residing in a town continuously for five years.

*Defendants defaulted.*

APPLETON, C. J., BARROWS, VIRGIN, LIBBEY and SYMONDS, JJ., concurred.